[No. 70653-5-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LEE
WIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-08534-8, Laura Gene Middaugh, J., en-
tered July 19, 2013. *Affirmed* by unpublished opinion per
Spearman, C.J., concurred in by Cox and Dwyer, JJ.

[No. 70714-1-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK CARTMELL,
*Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 13-1-00023-8, Vickie I. Churchill, J., entered
July 1, 2013. *Affirmed* by unpublished opinion per Lau, J.,
concurred in by Cox and Leach, JJ.

[No. 70804-0-I. Division One. November 17, 2014.]

*In the Matter of the Marriage of* MELISSA MONTGOMERY,
*Respondent*, and WANIS NADIR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-3-02746-1, Monica J. Benton, J., entered
August 8, 2013. *Affirmed* by unpublished opinion per
Verellen, A.C.J., concurred in by Appelwick and Lau, JJ.

[No. 70912-7-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. HUNG MINH HOANG,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-04201-9, Sean Patrick O'Donnell, J., en-
tered August 22, 2013. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Spearman, C.J., and Verellen, J.